UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDDIE HICKS | CIVIL ACTION |
| VERSUS | NO. 09-4617 |
| MARLIN GUSMAN, SHERIFF, ET AL. | SECTION "F" (5) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the plaintiff's Section 1983 claims against defendant, the Orleans Parish Criminal Sheriff's Office is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 19th day of JAN., 2010.

UNITED STATES DISTRICT JUDGE